FILE COPY



# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  TERRIE LIVINGSTON

JUSTICES
  LEE ANN DAUPHINOT
  ANNE GARDNER
  SUE WALKER
  BILL MEIER
  LEE GABRIEL
  BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

May 12, 2015

Barry J. Alford
1319 Ballinger St.
Fort Worth, TX 76102
* DELIVERED VIA E-MAIL *

Debra A. Windsor
Assistant District Attorney
401 W. Belknap St.
Fort Worth, TX 76102-1913
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     02-14-00320-CR
                                     02-14-00321-CR
                                     02-14-00322-CR
                                     02-14-00323-CR
        Trial Court Case Number:     1316391D
                                     1330277D
                                     1330414D
                                     1331423D

Style:     Erik White
           v.
           The State of Texas

The State's brief has been filed under the date of May 1, 2015 in the above referenced cause.

Please be advised that this cause has been set for submission **without oral argument** on **Tuesday, June 02, 2015**, before a panel consisting of Chief Justice Livingston, Justice Gardner, and Justice Sudderth. This panel is subject to change by the court. *See* Tex. R. App. P. 39.8.

If any party objects to the submission of this case without oral argument, that party must file a written objection with the court within ten (10) days from the date of this letter explaining the reasons why the objecting party believes argument would significantly aid the court in the disposition of the case.

FILE COPY

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By:  Shoshanna Cordova, Deputy Clerk

FILE COPY